UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------x
EDWARD SZUBERLA,

                                                                                                  07 CV1712 (AKH)

                    Plaintiffs,

   -against-


ALAN KASMAN DBA KASCO,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING- STEAMATIC CATASTOPHE, INC.,
D/B/A BMS CAT,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP.,
BROOKFIELD PARTNERS, LP.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
DEPARTMENT OF BUSINESS SERVICES,
ENVIROTECH CLEAN AIR, INC.,
ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP,
INDOOR ENVIRONMENTAL TECHNOLOGY INC.,
KASCO RESTORATION SERVICES, CO.,
MERRILL LYNCH & CO, INC.,
NOMURA HOLDING AMERICA, INC.,
NOMURA HOLDING SECURITIES INTERNATIONAL, INC.,,
STRUCTURE TONE (UK ) INC.,
STRUCTURE TONE GLOBAL SERVICES INC.,
TOSCORP INC.,
WESTON SOLUTIONS, INC.,
WFP TOWER B  CO. G.P. CORP.,
WFB TOWER B HOLDING CO., LP.,
AND WFP TOWER B  CO., L.P. ET AL.,

                                        Defendants.
------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by

Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

        Yours, etc.

        FRIEDMAN, HARFENIST, LANGER & KRAUT
        Attorneys for Defendant –Envirotech
        3000 Marcus Avenue, Suite 2E1
        Lake Success, New York 11042
        (516) 775-5800

        BY: _____
               Heather L. Smar (4622)