UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION

-----------------------------------------------------------------X
EDWARD SZUBERLA, : 07-CV-1712-AKH

                       Plaintiff,

                              : **APPEARANCE**

  - against -

ALAN KASMAN DBA KASCO, *et al.*,
                             : **ELECTRONICALLY FILED**

                      Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York          DICKSTEIN SHAPIRO LLP
         October 3, 2007

                                  By:    /s/ Judith R. Cohen____
                                        Judith R. Cohen (JC-8614)
                                        1177 Avenue of the Americas
                                        New York, New York 10036
                                        Phone: (212) 277-6500
                                        Fax: (212) 277-6501
                                        *Attorney for Defendant*
                                        MERRILL LYNCH & CO., INC.