William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                21 MC 102 (AKH)

───────────────────────────────X

EDWARD SZUBERLA

                                                                                   NOTICE OF THE
                                                                                    BROOKFIELD
V.                                                                 PARTIES' ADOPTION OF
                                                                                    AMENDED ANSWER
                                                                                    TO MASTER
                                                                                    COMPLAINT

ALAN KASMAN DBA KASCO ET. AL.,
                                                                                   CASE NUMBER: (AKH)
                                                                                  07 CV 1712
───────────────────────────────X

    PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., WFP Tower B Co. L.P. and WFP Tower B Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
 October 22 2007

                         Faust, Goetz, Schenker & Blee, LLP

                         By: William J. Smith (WJS-9137)
                         Attorneys for the Brookfield Parties
                         Two Rector Street, 20th Floor
                         New York, NY 10006
                         (212) 363-6900